| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-06025-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Nov  2 10:09:23 EDT 2018 | Pablo Arias<br>CAPY Realty LLC<br>1240 Liberty Avenue<br>Hillside, NJ 07205-2033 | BK Global and Century 21<br>Patrick Butler<br>1095 Broken Sound Parkway, N.W.<br>Suite 100<br>Boca Raton, FL 33487-3503 |
| Kristen L. Henkel<br>M. E. Henkel, P.A.<br>3560 S. Magnolia Ave.<br>Orlando, FL 32806-6214 | Eliel Santos<br>2090 Marsh Hawk Dr<br>Orlando, FL 32837-8134 | Sarah Santos<br>2090 Marsh Hawk Dr<br>Orlando, FL 32837-8134 |
| U.S. Bank, N.A.<br>Kahane & Associates, P.A.<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 | ADT Security Services<br>3790 S Vaughn Way<br>Aurora, CO 80014 | ATERSO01<br>PO Box 1022<br>Wixom, MI 48393-1022 |
| Affinion Group<br>PO Box 11817<br>Newark, NJ 07101-8117 | Alliance One Receivables<br>Management Inc.<br>6565 Kimball Drive Suite 200<br>Gig Harbor, WA 98335-1206 | (p)AMSCOT CORPORATION<br>ATTN RUBINA SHALDJIAN<br>600 N WESTSHORE BLVD #1200<br>TAMPA FL 33609-1117 |
| Apelles<br>3700 Corporate Drive<br>Suite 200<br>Columbus, OH 43231-4996 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Asst Admin ATTN Adj Counsel<br>6th Floor, West Building<br>MCC-CC, Room W63-403<br>1200 New Jersey Ave., SE<br>Washington, DC 20590-0001 |
| Atlanta Check Cashers, Inc.<br>25 Technology Pkwy S #201<br>Norcross, GA 30092-2946 | Benuck & Rainey, Inc.<br>25 Concord Road<br>Lee, NH 03861-6659 | Brennan & Clark Ltd<br>721 E Madison<br>Suite 200<br>Villa Park, IL 60181-3083 |
| Bright House Networks<br>P.O. Box 30574<br>Tampa, FL 33630-3574 | Bull City Financial Solution<br>2609 N. Duke St. Ste 500<br>Durham, NC 27704-0015 | CACH, LLC<br>4340 So. Monaco St<br>2nd Floor<br>Denver, CO 80237-3485 |
| Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | CashNet USA<br>PO Box 643990<br>Cincinnati, OH 45264-3990 |
| Central Credit Services LLC<br>500 North Franklin Turnpike<br>Suite 200<br>Ramsey, NJ 07446-1178 | Central Florida Expressway<br>PO Box 585070<br>Orlando, FL 32858-5070 | Chase Bank<br>Mail Code OH-11272<br>PO Box 182223<br>Columbus, OH 43218-2223 |
| City of Orlando<br>Parking Division<br>c/o Citation Processing Ctr<br>PO Box 10479<br>Newport Beach, CA 92658-0479 | Comenity Bank/Pier 1<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitycapital/overst<br>Comenity Bank<br>PO Box 182125<br>Columbus, OH 43218-2125 |

| | | |
|---|---|---|
| Commonwealth of Massachusetts<br>EZDriveMA Payment Processing<br>PO Box 847840<br>Boston, MA 02284-7840 | Convergent Outsoucing, Inc<br>800 Sw 39th St<br>Renton, WA 98057-4975 | Convergent Outsourcing, Inc.<br>PO Box 9004<br>Renton, WA 98057-9004 |
| Credit Collection Service<br>PO Box 773<br>Needham, MA 02494-0918 | Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062-2679 | Credit Collections Svc<br>PO Box 773<br>Needham, MA 02494-0918 |
| Credit Protection Assoc<br>PO Box 802068<br>Dallas, TX 75380-2068 | DAB Premium Finance LLC<br>PO Box 161629<br>Hialeah, FL 33016-0028 | Delaware Dept of Transport<br>Delaware E-Z Pass Violations<br>PO Box 697<br>Dover, DE 19903-0697 |
| Dept of Hwy Safety & Mtr Veh<br>Bureau of Commercial Vehicle<br>& Driver Services<br>2900 Apalachee Pkwy, MS62<br>Tallahassee, FL 32399-0625 | Dept of Motor Vehicles<br>Commercial Safety Div<br>60 State Street<br>Hartford, CT 06161-0013 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Dulles Greenway<br>45305 Catalina Ct., Ste 102<br>Sterling, VA 20166-2337 | E-Pass Service Center<br>PO Box 720218<br>Orlando, FL 32872-0218 | E-Zpass MA Customer Serv Ctr<br>27 Midstate Drive<br>Auburn, MA 01501-1800 |
| Eastern Revenue Inc<br>998 Old Eagle School Rd<br>Wayne, PA 19087-1805 | Elizabeth River Tunnels<br>700 Port Centre Pkwy<br>Suite 2B<br>Portsmouth, VA 23704-5901 | Elmira Heights Village Court<br>215 Elmwood Ave.<br>Elmira, NY 14903-1736 |
| Envision Payment Solutions<br>PO Box 157<br>Suwanee, GA 30024-0157 | Evergreen AES<br>1000 South 1st Street<br>Shelbyville, KY 40065-1053 | Evergreen AES<br>7416 Highway 329<br>Crestwood, KY 40014-8884 |
| Evolution Insurance Brokers<br>8722 Harrison St<br>Sandy, UT 84070-1420 | Evolution Insurance Brokers, LLC<br>C/O Marcadis Singer, PA<br>5104 S Westshore Blvd<br>Tampa, FL 33611-5650 | Express Lanes<br>c/o JPMorgan CHase Bank NA<br>PO Box 28148<br>New York, NY 10087-8148 |
| FDOT Toll Enforcement<br>PO Box 105477<br>Atlanta, GA 30348-5477 | Financial Carrier Services<br>13325 S Point Blvd<br>Charlotte, NC 28273-5820 | (p)FIRST NATIONAL COLLECTION BUREAU<br>50 W LIBERTY ST<br>STE 250<br>RENO NV 89501-1973 |
| Firts Premier Bank<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida KidCare<br>PO Box 591<br>Tallahassee, FL 32302-0591 |

Geico
One Geico Center
Macon, GA 31296-0001

Greenlight Premium Finance
7016 Orizaba Ave
El Paso, TX 79912-2265

Greenlight Premium Finance
PO Box 66501
Saint Louis, MO 63166-6501

Hadley & Lyden Inc
PO Box 700
Winter Park, FL 32790-0700

Harris & Harris, Ltd.
111 West Jackson Blvd
Suite 400
Chicago, IL 60604-4135

Health Works Medical Group
PO Box 404473
Atlanta, GA 30384-4473

Internal Revenue Service
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JL Walston & Associates
Attn: Bankruptcy
2609 N Duke St, Ste 501
Durham, NC 27704-3019

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jose AugustoFernandesDaSilva
c/o Lavenia D. Santos, Esq.
Florida Justice Law Group
7777 Glades Road Suite 100
Boca Raton, FL 33434-4150

LCA Collections
PO Box 2240
Burlington, NC 27216-2240

LRM Leasing Company, Inc.
858 S. Andrews Ave.
Pompano Beach, FL 33069

LRM Leasing Company, Inc.
c/o Moffa & Breuer, PLLC
1776 N. Pine Island Rd. #102
Plantation, FL 33322-5200

LWD Transportation LLC
5014 Cobalt Ct.
Lake Worth, FL 33463-5959

LabCorp
PO Box 2240
Burlington, NC 27216-2240

Labor Compliance Service
113 S Monroe St
1st Floor
Tallahassee, FL 32301-1529

Law Enforcement Systems Inc
PO Box 2182
Milwaukee, WI 53201-2182

Linebarger Goggan Blair &
Sampson LLP Attorneys at Law
8130 Baymeadows Circle W
Suite 203
Jacksonville, FL 32256-1812

MCA Servicing
40 Exchange Place
Suite 1306
New York, NY 10005-2743

MRS Associates
1930 Onley Avenue
Cherry Hill, NJ 08003-2016

Marcadis Singer PA
5104 S. Westshore Boulevard
Tampa, FL 33611-5650

Marcadis Singer, PA
5104 South Westshore Blvd
Tampa, FL 33611-5650

Maryland Transportation Auth
PO Box 17600
Baltimore, MD 21297-1600

MassDOT
Commonwealthof Massachusetts
PO Box 717440
Boston, MA 02241-7440

Mid Am B&T Credit Card
PO Box 68
Ralla, MO 65402-0068

Midland Credit Management
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

NCDMV Fiscal Section
PO Box 29615
Raleigh, NC 27626-0615

NJ E-Z Pass
Violations Processing Center
PO Box 4971
Trenton, NJ 08650-4971

NYC Dept of Finance
Parking Violations
Church Street Station
PO Box 3600
New York, NY 10008-3600

| | | |
|---|---|---|
| National Auto Lenders<br>14645 Nw 77th Ave Ste 20<br>Miami Lakes, FL 33014-2569 | National Pen Co. LLC<br>Credit Dept.<br>12121 Scripps Summit Drive<br>Suite 200<br>San Diego, CA 92131-4609 | New York State Dept<br>of Taxation and Finance<br>W A Harriman Campus<br>Albany, NY 12227-0001 |
| New York Thruway<br>Violations Processing Center<br>PO Box 15186<br>Albany, NY 12212-5186 | North Texas Tollway Auth<br>PO Box 660244<br>Dallas, TX 75266-0244 | Northland Group Inc<br>PO Box 390846<br>Mail Code GLXD98<br>Minneapolis, MN 55439-0846 |
| Orange County Circuit Court<br>2017-CA-2749-O<br>425 N. Orange Ave.<br>Orlando, FL 32801-1544 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | PA Turnpike Toll by Plate<br>8000C Derry Street<br>Harrisburg, PA 17111-5200 |
| Pearl Beta Funding LLC<br>100 William Street<br>9th Floor<br>New York, NY 10038-5056 | Penn Credit Corp<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Pennsylvania Dept of Revenue<br>Bureau of Corporation Taxes<br>PO Box 280701<br>Harrisburg, PA 17128-0701 |
| Pennsylvania Turnpike Comm.<br>Violation Processing Center<br>8000 C Derry Street<br>Harrisburg, PA 17111-5287 | Performant<br>PO Box 9046<br>Pleasanton, CA 94566-9046 | Pinnacle Credit Services, LLC its successors<br>assigns as assignee of Cellco<br>Partnership d/b/a Verizon Wireless<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Port Authority of NY & NJ<br>Violations Processing Center<br>PO Box 15186<br>Albany, NY 12212-5186 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | Portfolio Recovery Ass<br>PO Box 12914<br>Norfolk, VA 23541-0914 |
| Prime Insurance Co.<br>8722 South 300 West<br>Sandy, UT 84070-1420 | Professional Acct Management<br>PO Box 1153<br>Milwaukee, WI 53201-1153 | Progressive<br>PO Box 105428<br>Atlanta, GA 30348-5428 |
| Providence & Worcester RR Co<br>75 Hammond Street<br>Worcester, MA 01610-1729 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Retrieval-Master Creditors<br>Bureau, Inc.<br>PO Box 1235<br>Elmsford, NY 10523-0935 |
| Santander Consumer USA<br>Attn: Bankruptcy Dept.<br>PO Box 560284<br>Dallas, TX 75356-0284 | Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 | Southwest Credit Systems<br>4120 International Parkway Ste 1100<br>Carrollton, TX 75007-1958 |
| State of Maryland<br>Central Collection Unit<br>300 W Preston Street<br>Baltimore, MD 21201-2307 | Stellar Recovery Inc<br>Attn: Bankruptcy<br>4500 Salisbury Road Ste 105<br>Jackonville, FL 32216-8035 | Suffolk County Treasurer<br>Red Light Safety Program<br>PO Box 778<br>Baltimore, MD 21203-0778 |

| | | |
|---|---|---|
| Sun West Mortgage Co I<br>18303 Gridley Rd<br>Cerritos, CA 90703-5400 | Sunpass<br>PO Box 880029<br>Boca Raton, FL 33488-0029 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Syncrony Bank<br>PO Box 965064<br>Orlando, FL 32896-5064 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TBF Financial LLC<br>740 Waukegan Road<br>Suite 404<br>Deerfield, IL 60015-5505 |
| (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | TD Bank, USA<br>by American InfoSource LP as agent<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Taj Financial Services<br>90 Dayton Ave. Ste 121<br>Passaic, NJ 07055-7041 |
| Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis, MN 55440-9475 | TaxServ Capital Services<br>750 Main Street<br>Suite 510<br>Hartford, CT 06103-2709 | Tidewater Finance Co<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | Titewater Credit Services<br>PO Box 15243<br>Chesapeake, VA 23328-5243 | Total Visa<br>PO Box 91510<br>Sioux Falls, SD 57109-1510 |
| Transworld Systems, Inc<br>507 Prudential Road<br>Horsham, PA 19044-2308 | US Dept of Transportation<br>802 Cromwell Park Dr.<br>Suite N<br>Glen Burnie, MD 21061-2563 | US Dept of Transportation<br>Fed Motor Carrier Safety Adm<br>Eastern Service Center<br>802 Cromwell Park Dr Ste N<br>Glen Burnie, MD 21061-2563 |
| US Dept of Treasury<br>Bureau of Fiscal Service<br>PO Box 830794<br>Birmingham, AL 35283-0794 | US Healthworks<br>Employer Service Billing<br>3440 Preston Ridge Rd<br>Building 4 Ste 250<br>Alpharetta, GA 30005-5447 | US Healthworks EBO<br>PO Box 1008<br>Alpharetta, GA 30009-1008 |
| Union County<br>Special Civil Part<br>Old Annex, 3rd Floor<br>2 Broad St<br>Elizabeth, NJ 07201-2202 | United Commercial Collection<br>4455 Genesee Street<br>Suite 116<br>Buffalo, NY 14225-1955 | Verliance Inc<br>43525 Ridge Park Drive<br>Suite 300<br>Temecula, CA 92590-3682 |
| West Virginia Parkways Auth<br>Customer Service Center<br>Charleston, WV 25325-1469 | Williams, Babbit, & Weisman<br>5255 N. Federal Highway<br>Third Floor<br>Boca Raton, FL 33487-4913 | Marie E. Henkel +<br>3560 South Magnolia Avenue<br>Orlando, FL 32806-6214 |
| United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Marc G Granger +<br>Kahane and Associates<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 | Taji S. Foreman +<br>Kahane and Associates<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 |

| | | |
|---|---|---|
| Kristen Henkel + | Alejandro Rivera + | Note: Entries with a '+' at the end of the |
| M.E. Henkel, P.A. | Alejandro Rivera, P.A. | name have an email address on file in CMECF |
| 3560 S Magnolia Avenue | 1400 W. Oak Street, F | |
| Orlando, FL 32806-6214 | Kissimmee, FL 34741-4000 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Amscot | First National Collection | Jefferson Capital Systems |
| PO Box 25137 | Bureau, Inc. | 16 Mcleland Rd |
| Tampa, FL 33622-5137 | 610 Waltham Way | Saint Cloud, MN 56303 |
| | Sparks, NV 89434 | |
| | | |
| T-Mobile | TD Bank | Tidewater Finance Company |
| Attn: Bankruptcy Team | Two Portland Square | P.O. Box 13306 |
| PO Box 53410 | Portland, ME 04112 | Chesapeake, VA 23325 |
| Bellevue, WA 98015-3410 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients   152
Bypassed recipients     1
Total                 153