

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/27/2018 11:00 AM

COURTROOM 6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:17-bk-06025-KSJ** | 7 | **09/08/2017** |

**Chapter 7**

**DEBTOR:** Eliel Santos

Sarah Santos

**DEBTOR ATTY:** **Alejandro Rivera**

**TRUSTEE:** **Marie E. Henkel**

**HEARING:**

Motion by Trustee to Sell Property Free and Clear of Liens.
Property description: 345 Princeton Ave, Rahway, NJ 07065
(Doc #35)
Note: Discharged 12/19/17
Prior Case: 05-10045, Chapter 7 filed in New Jersey Bankruptcy
Court Njbk on 01/02/2005 , Standard Discharge on 03/31/2005.

**APPEARANCES:**:
Isabel Freeman: D'or Atty
Kristen Henkel: Trustee Atty

**RULING:**
Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 345 Princeton Ave, Rahway, NJ 07065   (Doc #35) - Granted: Order by Henkel.

 (Pro by LL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.