**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                                       Case No. **6:17-bk-06025-KSJ**
                                                                                              Chapter 7
**Eliel Santos** and
**Sarah Santos**,

                      Debtor(s).
_____/

PROOF OF SERVICE BY ATTORNEY

      Attorney, Kristen L. Henkel, hereby certifies that a true & correct copy of Order Granting Trustee's Motion to Approve Consented Short Sale of Real Property Free and Clear of Liens, claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(b), (f), and (m), dated December 4, 2018 (docket no. 39) has been sent by United States Mail, first class, post prepaid, or by electronic delivery to all interested parties and to all persons on the mailing matrix, attached to the original of this document, as furnished by the Clerk's office on December 10, 2018.

                                                */s/ Kristen L. Henkel*
                                                Kristen L. Henkel, Esq.
                                                Florida Bar No. 81858
                                                M. E. Henkel, P.A.
                                                3560 South Magnolia Avenue
                                                Orlando, Florida 32806
                                                Telephone : (407) 438-6738
                                                Facsimile :  (407) 858-9466
                                                khenkel@mehenkel.com